USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
EVELYNN LOOMIS,                                                   :
                       Plaintiff,       :
:      20-CV-6882 (VEC)
       -against-                                          :
:      ORDER
:
OSM AVIATION SH US INCORPORATED,                                  :
*individually doing business as OSM Aviation, Inc.*,              :
NORWEGIAN AIR RESOURCES SHARED                                    :
SERVICE CENTER US CORP., PHILLIP VILLANI,                         :
VANESSA COLLADO,                                                  :
                       Defendants.      :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on December 23, 2020, Plaintiff filed an affidavit of service with respect to Defendant OSM Aviation SHU US Incorporated ("OSM Aviation"), which showed service was effectuated on November 23, 2020, making Defendant's answer due by December 14, 2020, Dkt. 13;

       WHEREAS Defendant OSM Aviation's deadline to answer or otherwise respond to the Complaint has elapsed, Dkt. 13;

       WHEREAS on December 23, 2020, the Court ordered Plaintiff to move for an order to show cause why default judgment should not be entered against Defendant OSM Aviation, by no later than January 15, 2021, Dkt. 15; and

       WHEREAS on January 5, 2021, counsel for OSM Aviation filed notices of appearance, Dkts. 16, 17;

       IT IS HEREBY ORDERED that the Court's Order requiring Plaintiffs to move for an order to show cause why default judgment should not be entered against Defendant OSM Aviation is VACATED.

IT IS FURTHER ORDERED that Defendant OSM Aviation must answer, move, or otherwise respond to the Complaint by no later than **Friday, January 22, 2021.**

The Clerk of Court is respectfully directed to vacate the Court's Order at docket entry 15.

**SO ORDERED.**

Date:  January 7, 2021
       New York, NY

                                    **VALERIE CAPRONI**
                                    **United States District Judge**