# jackson|lewis.

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
Tel 212 545-4000
Fax 212 972-3213

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | RALEIGH, NC |
| ALBUQUERQUE, NM | GRAND RAPIDS, MI | MINNEAPOLIS, MN | RAPID CITY, SD |
| ATLANTA, GA | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RICHMOND, VA |
| AUSTIN, TX | HARTFORD, CT | NEW ORLEANS, LA | SACRAMENTO, CA |
| BALTIMORE, MD | HONOLULU, HI | NEW YORK, NY | SALT LAKE CITY, UT |
| BERKELEY HEIGHTS, NJ | HOUSTON, TX | NORFOLK, VA | SAN DIEGO, CA |
| BIRMINGHAM, AL | INDIANAPOLIS, IN | OMAHA, NE | SAN FRANCISCO, CA |
| BOSTON, MA | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN JUAN, PR |
| CHARLOTTE, NC | KANSAS CITY REGION | ORLANDO, FL | SEATTLE, WA |
| CHICAGO, IL | LAS VEGAS, NV | PHILADELPHIA, PA | SILICON VALLEY, CA |
| CINCINNATI, OH | LONG ISLAND, NY | PHOENIX, AZ | ST. LOUIS, MO |
| CLEVELAND, OH | LOS ANGELES, CA | PITTSBURGH, PA | TAMPA, FL |
| DALLAS, TX | MADISON, WI | PORTLAND, OR | WASHINGTON DC REGION |
| DAYTON, OH | MEMPHIS, TN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DENVER, CO | MIAMI, FL | PROVIDENCE, RI | |

MY DIRECT DIAL IS: (212) 545-4028
MY EMAIL ADDRESS IS:  DIANE.WINDHOLZ@JACKSONLEWIS.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/02/2021

March 1, 2021

**MEMO ENDORSED**

<u>VIA ECF</u>

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

       RE: <u>Loomis v. OSM Aviation SH US, Inc.</u>
         <u>Civil Case No.: 20-cv-06882 VEC</u>

Dear Judge Caproni,

   This firm represents Defendant OSM Aviation SH US, Inc. ("Defendant") in connection with the above-referenced matter. Pursuant to Rule 2(A) of Your Honor's Individual Practices in Civil Cases, we write to respectfully request a stay in this matter pursuant to 11 U.S.C. § 362, as Defendant has filed for Chapter 7 bankruptcy protections in the United States Bankruptcy Court, Southern District of Florida, Case No. 21-bk-11399-SMG.

   We thank the Court for its attention to this matter.

              Respectfully submitted,

              <u>/s/Diane Windholz</u>
              Diane Windholz

cc: Counsel of Record (*via ECF*)

4812-9106-2750, v. 1

---

This matter is automatically stayed pursuant to 11 U.S.C. § 362. By no later than **Friday, September 3, 2021**, the parties must inform the Court whether the bankruptcy stay has been lifted.

The Clerk of Court is respectfully directed to stay this action.
SO ORDERED.

*[Signature]*  Date: March 2, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE