UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
EVELYNN LOOMIS,                                                   :
                                      Plaintiff,                  :
                                                                  :     20-CV-6882 (VEC)
                  -against-                                       :
                                                                  :     ORDER
                                                                  :
OSM AVIATION SH US INCORPORATED,                                  :
*individually doing business as OSM Aviation, Inc.*,              :
NORWEGIAN AIR RESOURCES SHARED                                    :
SERVICE CENTER US CORP., PHILLIP VILLANI,                         :
VANESSA COLLADO,                                                  :
                                      Defendants.                 :
                                                                  :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 18, 2022, the Court issued an Order, Dkt. 46, for each attorney in this case to show cause why they should not be sanctioned for failing to make timely Court-ordered filings in this case on at least six separate occasions; and

WHEREAS on August 21, 2022, Ishan Dave, Daniel Neveloff, and Diane Windholz each filed letters, Dkts. 49–51, explaining why they failed to comply with the Court's orders and representing that they would adopt a calendaring system in order to avoid missing future deadlines.

IT IS HEREBY ORDERED that Mr. Dave, Mr. Neveloff, and Ms. Windholz will not be sanctioned at this time. Any future failure to adhere to Court-ordered deadlines will result in sanctions.

IT IS FURTHER ORDERED that Mr. Dave must move to withdraw not later than **Monday, August 25, 2025.**

**SO ORDERED.**

Date:  **August 22, 2025**
       **New York, NY**

                                                     **VALERIE CAPRONI**
                                       **United States District Judge**